The People of the State of New York, Respondent, 
against
Alvaranga Stewart, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Ethan Greenberg, J.) rendered November 10, 2016, convicting him, upon his plea of guilty, of unauthorized use of a vehicle in the third degree and sentencing him to three years' probation.




Per Curiam.
Judgment of conviction (Ethan Greenberg, J.), rendered November 10, 2016, affirmed. 
Regardless of whether defendant validly waived his right to appeal, we find no basis to reduce the agreed-upon probationary sentence. Defendant was sentenced in accordance with his bargained for plea and should not now "be heard to complain that he received what he bargained for" (People v Fair, 33 AD3d 558 [2006], lv denied 8 NY3d 945 [2007], quoting People v Chambers, 123 AD2d 270
[1986]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 10, 2019